UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

IN RE: EMCOR GROUP, INC.
      SECURITIES LITIGATION                   3:04cv531 JCH

BRUCE SIMONS, SANTIAGO ALVAREZ
DAVID WILLIAMS, MARK COFFEY (lead plaintiff)
V. RICHARD BOLAN

      v.

EMCOR GROUP, INC.
LEICLE E. CHESSER,
FRANK T. MACINNIS
MARK POMPA

## J U D G M E N T

This matter came on before the Honorable Janet C. Hall, United States District Judge, as a result of the defendants' motion to dismiss the consolidated amended class action complaint.

The Court has reviewed all of the papers filed in conjunction with the motion and on July 22, 2005, entered a Ruling granting the defendants' motion.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at Bridgeport, Connecticut, this 2nd day of August, 2005.


                                        KEVIN F. ROWE, Clerk

                                        By      /s/ Chrystine W. Cody
                                                    Deputy-in-Charge

Entered on Docket _____